UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAULA CANALES, | Case No.: 1:10-CV-01837-OWW-SMS |
| Plaintiff, | |
| vs. | ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT |
| OPEN MORTGAGE, LLC | Removed from State Court: 10/07/10 |
| Defendant. | Dept:       3<br>Judge:      Hon. Oliver W. Wanger<br>Trial Date: Not Set |

For good cause showing, IT IS ORDERED that this case is immediately remanded back to the Superior Court of the State of California in and for the County of Fresno.

IT IS SO ORDERED.

Dated: __**October 21, 2010**__                    __**/s/ Oliver W. Wanger**__
                                                                    UNITED STATES DISTRICT JUDGE